UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE ZAPATA,<br><br>    Plaintiff,<br><br>v.<br><br>CAMBRIDGE INVESTMENT RESEARCH, INC., an Iowa corporation; CAMBRIDGE INVESTMENT RESEARCH ADVISORS, INC., an Iowa corporation; NETTUNO & ASSOCIATES, LLC, a Georgia limited liability company; and DOES 1 through 20, inclusive,<br><br>    Defendants. | 2:21-cv-09057-DSF-PVC<br><br>Order to Show Cause Why Case Should Not be Remanded for Lack of Subject Matter Jurisdiction and Order to File Supplemental Briefing Regarding California Labor Code § 925 |

    Defendants removed this action relying solely on diversity jurisdiction. Dkt. 1 (Notice of Removal). However, Defendants have not adequately pled the citizenship of Nettuno & Associates, LLC. See Johnson v. Columbia Properties Anchorage, 437 F.3d 894, 899 (9th Cir. 2006) ("We therefore join our sister circuits and hold that, like a partnership, an LLC is a citizen of every state of which its

owners/members are citizens"). Defendants are ORDERED TO SHOW CAUSE no later than June 10, 2022 why this case should not be remanded for lack of subject matter jurisdiction. Alternatively, the parties are to file a stipulation for remand.

In addition, both parties failed to adequately brief the applicability of California Labor Code § 925. The Court orders supplemental briefing on whether Nettuno's forming a relationship with Cambridge in 2019 is considered a "modification" of the original 2014 employment contract within the meaning of California Labor Code § 925. Defendants must submit supplemental briefing on the applicability of § 925 by June 15, 2022. Plaintiff must file a response not later than June 22, 2022.

IT IS SO ORDERED.

Date: May 25, 2022

*Dale S. Fischer*
Dale S. Fischer
United States District Judge